MATTHEW J. DOUGLAS
Nevada Bar No. 11371
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059

*Attorneys for Defendant*
*American Family Insurance*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP REESE, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation, DOES I through X, and ROE CORPORATIONS I through V, inclusive<br><br>    Defendants. | CASE NO.: 2:09-cv-1340-LDG-LRL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Sam Harding, attorney for the Plaintiff, PHILLIP REEESE, and Matthew J. Douglas, attorney for Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY that the Plaintiff's Complaint be dismissed

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

251140

1  / / /

2  with prejudice, pursuant to settlement.

3  DATED this 30TH day of May, 2011.

5  ATKIN WINNER & SHERROD

7  /s/Matthew J. Douglas
   Matthew J. Douglas
8  Nevada Bar No. 11371
   1117 South Rancho Drive
9  Las Vegas, Nevada 89102

11  HARDING LAW OFFICES

12
13  /s/Sam Harding
    Sam Harding
    Harding Law Offices
14  1100 E. Bridger
    Las Vegas, NV 89101
15  Attorney for Plaintiff

251140

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiffs' Complaint be dismissed with prejudice.

DATED this ___9___ day of ___June___ 2011.

_____
DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.


/s/Matthew J. Douglas
Matthew J. Douglas
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:09-cv-1340-LDG-LRL